IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,  )
                Plaintiff,  )   CRIMINAL ACTION
                                )
v.                              )   No. 03-10127-01-MLB
                                )
LESTER RAY NICHOLS,  )
                Defendant.  )

## WAIVER OF RIGHT TO APPEAL

The judge and my lawyer have advised me of my right to appeal my sentence imposed in the revocation of my supervised release in the above-captioned case on March 11, 2013. Fed. R. Crim. P. 32(j). I was also advised that if I choose to appeal my sentence, a notice of appeal must be filed in the district court within 14 days.

After having been advised of my right to appeal the sentence imposed in this case, and having discussed this right with my lawyer, I hereby waive, or give up, my right to appeal and specifically direct my lawyer not to file a notice of appeal.

I am satisfied with representation that was provided to me by my lawyer.

Signed this 11th day of March, 2013.

_____
LESTER RAY NICHOLS
Defendant

_____
TIMOTHY J. HENRY
KS Sup. Ct. No. 12934
Assistant Federal Public Defender
301 N. Main, Suite 850
Wichita, KS 67202
Counsel for defendant Nichols

Revised August, 2010